Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Thomas Segal (SBN 222791)
thomas@setarehlaw.com
Farrah Grant (SBN293898)
farrah@setarehlaw.com
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile : (310) 888-0109

Attorneys for Plaintiff
VIVIAN C. TATE

*Counsel continued on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN C. TATE, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>IRWIN INDUSTRIES, INC., a California corporation; MARATHON PETROLEUM CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 2:19-cv-00807 GW(RAOx)<br><br>**ORDER TO DISMISS**<br><br>Action Filed: December 12, 2018<br>Trial Date: Not Set |

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Parties' stipulation, this case is dismissed with prejudice as to Plaintiff and without prejudice as to the putative class members.

IT IS SO ORDERED.

DATED: December 17, 2019

_____
HON. GEORGE H. WU
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on December \_\_, 2019, a true and correct copy of the

foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

*/s/ Shaun Setareh*
SHAUN SETAREH